UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



FILED
JUL 0 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

ERNEST TREVINO,

vs.

WARDEN PAUL SCHULTZ,

_____/

ORDER RE: CERTIFICATE OF APPEALABILITY

1:05-CV-1364 OWW/TAG HC

　　　Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____　　　Granted for the following reason:

_____
_____
_____
_____

X　　　Denied for the following reason:
MERITLESS 2241 PETITION — FOURTH ATTEMPT AFTER TWO PRIOR DENIALS OF REQUESTS FOR CERTIFICATES OF APPEALABILITY. PETITIONER'S CONVICTION AFFIRMED ON APPEAL ON MERITS — NO SHOWING OF ACTUAL INNOCENCE.

Dated: 7-7-07

_____
OLIVER W. WANGER
United States District Judge